# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2005

128255

Clifford W. Taylor,
Chief Justice

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

SEAN STEPHEN TAYLOR,
      Defendant-Appellant.

SC: 128255
COA: 251148
Jackson CC: 03-000129-FC

_____/

On order of the Court, the application for leave to appeal the February 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., dissents and states as follows:

I would grant leave to appeal. The Court of Appeals decision in this case grafts onto the felony-murder statute offenses that the Legislature did not list there. MCL 750.316. We should review this decision to ensure that it is not a judicial expansion into an area that the Legislature has clearly occupied. Hence, I would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2005

_____
Clerk

s1213